UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Christopher Jones,

              Plaintiff

  v.

Perry Russell,

              Defendant

Case No. 2:22-cv-00123-CDS-DJA

**Order Extending Deadline for Plaintiff to File a Response**

On April 8, 2024, plaintiff Christopher Jones was ordered to file a response to defendant Perry Russell's motion for summary judgment by April 22, 2024. Min. Order, ECF No. 42. Jones did not file a response. However, it appears that the court inadvertently failed to mail Jones, who is not an electronic filer, a copy of the minute order. On May 2, 2024, Jones filed a notice of change of address. ECF No. 43. Because Jones did not receive my April 8 order, the Clerk of Court is kindly instructed to include a copy of that minute order (ECF No. 42) when distributing this order to Jones at his updated address. Accordingly, I sua sponte extend the deadline for Jones to file a response to Russell's motion for summary judgment to May 21, 2024.

Dated: May 7, 2024

_____
Cristina D. Silva
United States District Judge