```
1   AARON D. FORD
      Attorney General
2   JANET E. TRAUT, Bar No. 8695
      Deputy Attorney General
3   State of Nevada
    100 N. Carson Street
4   Carson City, NV  89701-4717
    Tel:  (775) 684-1120
5   E-mail:  jtraut@ag.nv.gov

6   Attorneys for Defendant
    Perry Russell
7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| CHRISTOPHER A. JONES,  |  Case No.  2:22-cv-00123-CDS-DJA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR ENLARGEMENT OF TIME FOR JOINT PRETRIAL ORDER** |
| v. | |
| PERRY RUSSELL, *et al.*, | **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed between Plaintiff, Christopher Jones, (Jones), in proper person, and Defendant, Perry Russell, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Janet E. Traut, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, that the parties have an additional 30 days in which to complete and file their joint pretrial order. The Joint Pre-Trial Order (JPTO) would be due today, July 11, 2024, and an enlargement of 30 days would make it due on Monday, August 12, 2024.

Jones is currently working on a construction job in Alaska, where he does not have regular access to his files, etc. The parties are also working towards settlement, and the additional time would assist towards that goal.

///

///

///

///

DATED this 11th day of July 2024

By:  /s/     Christopher A. Jones
    CHRISTOPHER A. JONES
    *Plaintiff Pro Se*

DATED this 11th day of July 2024

AARON D. FORD
Attorney General

By: _____
    JANET E. TRAUT, Bar No. 8695
    Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/15/2024

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on July 11, 2024, I electronically filed the foregoing, **STIPULATION AND ORDER FOR ENLARGEMENT OF TIME FOR JOINT PRETRIAL ORDER,** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. I also sent a courtesy copy through the U. S. Postal Service to:

> Christopher A. Jones
> 3911 McGregor Way
> North Las Vegas, NV 89032

An employee of the
Office of the Nevada Attorney General