# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Christopher A. Jones,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Perry Russell,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00123-CDS-DJA<br><br>**Order** |

Before the Court is Plaintiff's motion for a formal settlement conference. (ECF No. 55). Defendant has filed a non-opposition. (ECF No. 56). The Court grants Plaintiff's motion.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for a settlement conference (ECF No. 55) is **granted.**

**IT IS FURTHER ORDERED** that the Court will issue a separate order scheduling the settlement conference and providing the parties with further instructions.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: August 15, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE