AARON D. FORD
  Attorney General
JANET E. TRAUT, Bar No. 8695
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1120
E-mail: jtraut@ag.nv.gov

*Attorneys for Defendant*
*Perry Russell*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES, | Case No. 2:22-cv-00123-CDS-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO HOLD SETTLEMENT CONFERENCE VIA ZOOM, ECF No. 58** |
| PERRY RUSSELL, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed between Plaintiff, Christopher Jones, (Jones), in proper person, and Defendant, Perry Russell, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Janet E. Traut, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, that the parties hold their settlement conference via Zoom.

Jones requested a formal settlement conference "by whatever means the court deems effective, such as Zoom." ECF No. 55 at 3. Jones is currently employed in Alaska.

The facts of this matter occurred at Northern Nevada Correctional Center.

Counsel for this matter and the Tort Claims Manager for the State of Nevada are both located in Carson City, Nevada.

/ /

/ /

Page **1** of **3**

DATED this 26th day of August 2024

By:   /s/    Christopher A. Jones
    CHRISTOPHER A. JONES
    *Plaintiff Pro Se*

DATED this 26th day of August 2024

AARON D. FORD
Attorney General

By: _____
    JANET E. TRAUT, Bar No. 8695
    Deputy Attorney General

    *Attorneys for Defendants*

**IT IS SO ORDERED.** The settlement conference scheduled for September 26, 2024 will be conducted via Zoom.

**IT IS FURTHER ORDERED** that the parties must include their preferred email addresses for themselves and their respective participants in their written settlement statements due on September 19, 2024.

**IT IS FURTHER ORDERED** that all other provisions of the Court's Order (ECF No. 58) shall remain in effect.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 8/27/2024

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on _____ I electronically filed the foregoing _____ via this Court's electronic filing system.  Parties who are registered with this Court's electronic filing system will be served electronically. I also sent a courtesy copy through the U. S. Postal Service to:

>Christopher A. Jones
>3911 McGregor Way
>North Las Vegas, NV 89032

>_____
>An employee of the
>Office of the Nevada Attorney General