1 | AARON D. FORD
    Attorney General
2 | LEO T. HENDGES (Bar No. 16034)
    Senior Deputy Attorney General
3 | State of Nevada
    Office of the Attorney General
4 | 1 State of Nevada Way
    Suite 100
5 | Las Vegas, Nevada 89119
    (702) 486-3795 (phone)
6 | (702) 486-3768 (fax)
    Email: lhendges@ag.nv.gov
7 |
    *Attorneys for Defendant*
8 | *Perry Russell*

9 |

10 | **UNITED STATES DISTRICT COURT**

11 | **DISTRICT OF NEVADA**

| | |
|---|---|
| 12 | CHRISTOPHER A. JONES, | Case No. 2:22-cv-00123-CDS-DJA |
| 13 | Plaintiff, | |
| 14 | v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| 15 | PERRY RUSSELL, *et al.*, | |
| 16 | Defendants. | |

17 |

18 | IT IS HEREBY STIPULATED by and between Plaintiff, Christopher A. Jones, and

19 | Defendant Perry Russell, by and through counsel, Aaron D. Ford, Nevada Attorney

20 | General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada,

21 | Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

22 | that the above-captioned action be dismissed with prejudice, with each party bearing their

23 | own attorney's fees and costs.

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

Page 1

1    The Parties have resolved this matter in its entirety and agree that the Court may

2    accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

3

4    DATED this 30⁷ᴴ day of September, 2024.          DATED this 30th day of September, 2024

5                                                     AARON D. FORD
                                                      Attorney General
6
7    By:                                              By: /s/ Leo T. Hendges
     CHRISTOPHER A. JONES                             LEO T. HENDGES (Bar No. 16034)
8    Plaintiff                                        Senior Deputy Attorney General
                                                      Attorneys for Defendant
9

10                                      **ORDER**

11

12        **IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the

13   Clerk is directed to close the case.

14

15

16   _____

17                 UNITED STATES DISTRICT JUDGE

18                 Dated: October 17, 2024

19

20

21

22

23

24

25

26

27

28